defendant that no contrary verdict based on that evidence could stand.

Since the majority conclusion concerning plaintiff's complaint is based upon the erroneous premise that plaintiff did not prove a cause of action, I refrain from commenting on that portion of the majority opinion.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CHARLES RICHARD ROWE, Petitioner-Appellant.

(No. 72-237;

Fifth District—January 3, 1974.

PER CURIAM.

Charles Richard Rowe *pro se.*

Robert Whitmer, State's Attorney, of Robinson, for the People.